978

No. 720, Misc. SQUIRES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. .

No. 725, Misc. SCHOENEICH *v.* ILLINOIS. Court of Claims of Illinois. Certiorari denied. *John R. Snively* for petitioner.

No. 726, Misc. THOMAS *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 727, Misc. MEADOWS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 730, Misc. HORNBECK *v.* NEW YORK STATE PAROLE BOARD. C. A. 2d Cir. Certiorari denied.

No. 732, Misc. HALL *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied.

No. 734, Misc. REAM *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 735, Misc. COLLINS *v.* DICKSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 739, Misc. CONTALDO *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 740, Misc. AUFLICK *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 742, Misc. WEAVER *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.